UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURG DIVISION

| | |
|---|---|
| Jeff Shively,<br><br>     Plaintiff,<br><br>v.<br><br>Credit Control, LLC,<br><br>     Defendant. | Case No.: 2:08-cv-01255-AJS<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a)1(ii), with prejudice. Each party shall bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED,

By: */s/ Richard J. Meier*  
    Richard J. Meier, Esq.  
    Legal Helpers, P.C.  
    Sears Tower  
    Suite 5150  
    Chicago, IL 60606  
    Tel: (866) 339-1156  
    Fax: (312-822-1064  
    rjm@legalhelpers.com  
    *Attorney for Plaintiff*

By: */s/ Gregory R. Neidle*  
    Gregory R. Neidle, Esq.  
    Dobbs & Neidle, P.C.  
    30150 Telegraph Road  
    Suite 410  
    Bingham Farms, MI 48025  
    Tel: (248) 723-9511  
    Fax: (248) 723-9531  
    gneidle@dobbsneidle.com  
    *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 30, 2009, a copy of the foregoing Stipulation was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*