UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURG DIVISION

| | |
|---|---|
| Jeff Shively,<br><br>Plaintiff,<br><br>v.<br><br>Credit Control, LLC,<br><br>Defendant. | Case No.: 2:08-cv-01255-AJS<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a)1(ii), with prejudice. Each party shall bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED,

By: /s/ Richard J. Meier
    Richard J. Meier, Esq.
    Legal Helpers, P.C.
    Sears Tower
    Suite 5150
    Chicago, IL 60606
    Tel: (866) 339-1156
    Fax: (312) 822-1064
    rjm@legalhelpers.com
    *Attorney for Plaintiff*

By: /s/ Gregory R. Neidle
    Gregory R. Neidle, Esq.
    Dobbs & Neidle, P.C.
    30150 Telegraph Road
    Suite 410
    Bingham Farms, MI 48025
    Tel: (248) 723-9511
    Fax: (248) 723-9531
    gneidle@dobbsneidle.com
    *Attorney for Defendant*

NOW, this 2nd day of February, 2009,
IT IS SO ORDERED.